UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICIA A. JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>   Defendants. | Case No. 1:22-cv-0513<br>Honorable Judge Bridget Meehan Brennan |

**<u>MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT</u>**

**NOW COMES** PATRICIA A. JOHNSON ("Plaintiff"), by and through her undersigned counsel, moving this Honorable Court for an extension of time to file Case Management Report, and in support thereof, stating as follows:

1. On March 3, 2022, Plaintiff filed a Complaint redress for Defendants' violations of the Fair Credit Reporting Act ("FCRA") pursuant to 15 U.S.C. §1681. [Dkt 1]

2. On May 2, 2022, the Court filed an order setting a Case Management Conference for May 31, 2022 at 9:00AM. [Dkt 44]

3. Moreover, the order directs all Parties to confer and file a Joint Case Management Report no less than three days prior to the Case Management Conference.

4. As of present, all Defendants have yet to appear on file for the current matter.

5. Accordingly, Plaintiff is respectfully requesting an additional 30 days, through June 24, 2022, to allow all Parties to submit a Joint Case Management Report following the appearance of all Defendants.

1

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an order extending the deadline to file a Joint Case Management Report through June 24, 2022, and grant such other relief as the Court deems appropriate.

Dated: May 24, 2022                        Respectfully submitted,

                                        /s/ *Marwan R. Daher*
                                        Marwan R. Daher, Esq.
                                        Mohammed O. Badwan, Esq.
                                        Victor T. Metroff, Esq.
                                        Sulaiman Law Group, Ltd.
                                        2500 South Highland Avenue
                                        Lombard, IL 60148
                                        Phone: (630) 575-8181
                                        mdaher@sulaimanlaw.com
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2022, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Northern District of Ohio, which will accomplish service on all counsel of record.

                                        *s/ Marwan R. Daher*
                                        Marwan R. Daher, Esq.