UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| PATRICIA A. JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>   Defendant. | CASE NO: 1:22-cv-00513-BMB |

## MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

**NOW COMES** PATRICIA A. JOHNSON, ("Plaintiff"), by and through her undersigned counsel, moving this Honorable Court for an extension of time to file dismissal papers in connection with the settlement reached with Defendant TRANSUNION, LLC, ("Defendant"), and in support thereof, stating as follows:

1. Plaintiff and Defendant (collectively, the "parties") reached a settlement and have memorialized the terms of the settlement.

2. On June 21, 2022, Plaintiff filed a Notice of Settlement. [Dkt. 24]

3. On June 28, 2022, the Court entered an order requiring the parties to file dismissal papers in connection with the settlement by August 5, 2022. [Dkt. 26]

4. The settlement has not been consummated.

5. Based on the foregoing, the parties need an additional 45 days, through September 19, 2022, to consummate the settlement and file dismissal papers.

1

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an order extending the deadline to file dismissal papers to September 19, 2022, and grant such other relief as the Court deems appropriate.

Dated:  August 4, 2022                              Respectfully submitted,

/s/ *Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Marwan R. Daher, certify that on August 4, 2022, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Marwan R. Daher*