UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. JOHNSON, | ) | CASE NO. 1:22-CV-513 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

On September 1, 2022, a Notice of Settlement (Doc. No. 36) was filed by Plaintiff Patricia A. Johnson notifying the Court that the Plaintiff and Defendant Wells Fargo Bank, N.A. have reached a settlement. Accordingly, the docket shall be marked "dismissed without prejudice" as to Defendant Wells Fargo Bank, N.A.

On or before October 17, 2022, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date: September 7, 2022

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE