MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FILED<br>JUN 1 2 2023<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>CLEVELAND |
|---|---|
| TELEPHONE NO.:     FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

COUNTY OF CUYAHOGA
STREET ADDRESS:
MAILING ADDRESS: P.O. BOX 91391
CITY AND ZIP CODE: CLEVELAND OHIO 44101
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

CASE NUMBER: 1:22-cv-00513-BMB
JUDICIAL OFFICER: Judge Brennen
DEPT.:

1. Please take notice that, as of *(date)*:
   ☒ the following self-represented party or
   ☐ the attorney for:
   a. ☒ plaintiff *(name)*:
   b. ☐ defendant *(name)*:
   c. ☐ petitioner *(name)*:
   d. ☐ respondent *(name)*:
   e. ☐ other *(describe)*:

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.

   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for *(name)*: PATRICIA JOHNSON
   is as follows:
   a. Street:
   b. City:
   c. Mailing address *(if different from above)*: P.O. BOX 91391
   d. State and zip code: CLEVELAND OHIO 44101
   e. Telephone number: 336-588-5792
   f. Fax number (if available):
   g. E-mail address (if available): yellowblack1952@gmail.com

3. **All notices and documents** regarding the action should be sent to the above address.

Date: 6/12 2023

PATRICIA JOHNSON
(TYPE OR PRINT NAME)

▶ Peter Jr. Pro Se
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1

NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION